EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 656-1374
Facsimile:  (808) 656-1370
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Criminal No.: CR 03-00183 |
| --- | --- |
| Plaintiff, | ) Citation No.: A1082328/H-11 |
| vs. | ) NOTICE OF COMPLIANCE |
| LITTLEDON E. JOHNSON, | ) WITH SENTENCE |
| Defendant. | ) Compliance Date: 26 Jun 03 |

NOTICE OF COMPLIANCE WITH SENTENCE AND BENCH WARRANT RECALL

      COMES NOW THE PLAINTIFF, the United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney, and GABRIEL COLWELL, Special Assistant United States Attorney, and hereby notifies the Court that defendant, LITTLEDON E. JOHNSON, has complied with the sentence requirements imposed on May 27, 2003.

      The United States Attorney also hereby requests the court to recall the bench warrant on LITTLEDON E. JOHNSON, issued on

January 13, 2004.  The defendant paid the Central Violations Bureau in full ($255.00) on June 26, 2003.

      DATED: _____ JUN 2 0 2006 _____, Honolulu, Hawaii.

EDWARD H. KUBO, JR
United States Attorney
District of Hawaii

By _____
    GABRIEL COLWELL
    Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. v. LITTLEDON E. JOHNSON
CR. No. 03-00183
"NOTICE OF COMPLIANCE-BW RECALL"

2